UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ANTHONY WILLIAMS,

        Plaintiff,

  v.

MOKE, *et al.*,

        Defendants.

CASE NO. C20-05459-BHS-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's application to proceed *in forma pauperis* is **DENIED**;

(3)     Plaintiff is directed to pay the $400 filing fee within ***thirty (30) days*** of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in dismissal of this case without prejudice;

ORDER - 1

(4) Plaintiff's motion to "waive requirement for certified prison trust statement" (Dkt. 6), is **DENIED** as moot; and

(5) As plaintiff has incurred three strikes under 28 U.S.C. § 1915(g), the Court finds plaintiff may not proceed on appeal with *in forma pauperis* status.

Dated this 13th day of October, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge